# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# Civil Action No.: 3:06cv307

| | |
|---|---|
| **FRANK BETZ ASSOCIATES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **SOUTHERN FLAIR BUILDERS, INC.,** ) | |
| **JAN GRIFFIN, and STEVE MOSS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on motions for *pro hac vice* admission (Document Nos. 6, 7 and 8) filed by attorney Mark Bakker, counsel for the Plaintiff, Frank Betz Associates, Inc. For good cause shown, the Court grants the motions and permits attorneys Troy A. Tessier, Wallace K. Lightsey, and Frank S. Holleman, to appear in this action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Signed: August 3, 2006

David C. Keesler
United States Magistrate Judge