# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06CV307

| | |
|---|---|
| FRANK BETZ ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SOUTHER FLAIR BUILDERS, INC., JAN GRIFFIN and STEVE MOSS | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **January 23, 2007** prepared to summarize the status of this case and to argue the pending "Motion to Dismiss" (Document No. 15), filed September 29, 2006. The parties have consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is ripe for disposition.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **January 23, 2007** for a Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: December 14, 2006

David C. Keesler
United States Magistrate Judge